Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERNARD HUSTON, an individual,<br><br>Plaintiff,<br>vs.<br><br>JEFFREY E. BRANDLIN, an individual; BRANDLIN AND ASSOCIATES, ACCOUNTANCY CORPORATION<br><br>Defendants. | Case No. CV 14-3824 (RGK-JC)<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>Complaint Filed: May 16, 2014<br>Complaint Served: June 4 and 5, 2014 |

Pursuant to the parties' "Stipulation of Dismissal of Action With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action (including all claims against Defendants Jeffrey E. Brandlin and Brandlin and Associates, Accountancy Corporation) be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: OCT 3 1 2014

*[signature: Gary Klausner]*

THE HONORABLE R. GARY KLAUSNER
Judge of the United States District Court for the
Central District of California